ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY JONES,

           Plaintiff,

- against -

QUICKEN LOANS INC.,

           Defendant.

Docket No.: 1:17-cv-02379-LLS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against **QUICKEN LOANS, INC.**, in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:     August 10, 2017

| | |
|---|---|
| MARCUS & ZELMAN, LLC<br>Attorneys for Plaintiff<br>Jimmy Jones<br><br>By: _____<br>Yitzchak Zelman, Esq. (YZ5857)<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br>Tel: 732-695-3282<br>Fax: 732-298-6256<br>Email: yzelman@marcuszelman.com | Goodwin Procter, LLP (DC)<br>Attorneys for Defendant<br>Quicken Loans, Inc.<br><br>By: _____<br>W. Kyle Tayman, Esq.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Tel: (202) 346-4245<br>Fax: (202) 523-4444<br>Email: ktayman@goodwinlaw.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY JONES,

                Plaintiff,

- against -

QUICKEN LOANS INC.,

                Defendant.

Docket No.: 1:17-cv-02379-LLS

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 10, 2017 Stipulation of Dismissal, the individual claims asserted by Plaintiff in Civil Action No: 1:17-cv-02379-LLS, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 11th **day of** August **, 2017.**

                                            _Louis L. Stanton_
                                            HONORABLE LOUIS L. STANTON
                                            UNITED STATES DISTRICT JUDGE